UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80037-ROSENBERG

NANCY GREGORY,

    Plaintiff,

v.

VAGARO, INC. et al.,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the Joint Stipulation of Dismissal at docket entry 19. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of May, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record